IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 OCT 12  PM 1: 23

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA      )
                              )
v.                            )      4:18CR201
                              )
JULIO LOPEZ DASILVA           )
ANDERSON SANTOS               )

## ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28, United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS ORDERED, that RITA WOOLF, a certified or otherwise competent interpreter, is designated to serve as interpreter in this case. Compensation shall be paid by the government at the rate of $202.00 per day, with a minimum of one-half day's compensation of $111.00 to be paid for each appearance.

Any claim for overtime shall be paid at the rate of $35.00 per hour. Claim for compensation by the interpreter for any in-court services or assisting the U. S. Probation Office shall be made on Form A. O. 322. Claim for compensation for assisting court-appointed counsel, other than in-court proceedings and assisting the U. S. Probation Office, shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. **Any services relating to the CJA Form 21 must be approved by the Court prior to services being rendered.** These forms shall be furnished by the Clerk of Court.

SO ORDERED, this 12 day of October, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA